affirmed. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. James Davis, Appellant, v. The Board of Education of the City of New York, Respondent.— We think the relator's remedy is by writ of certiorari to review the action of the board of education. Therefore the order denying the motion for a peremptory writ of mandamus is affirmed as a matter of law, and the order denying the motion for resettlement is affirmed, with ten dollars costs and disbursements. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. George A. McCadden, Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Town of Pelham and Gervas H. Kerr, Relators, v. Village of Pelham and Arthur L. Buckhout, Defendants.— Submission dismissed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Sigmund Reiss, Appellant, v. Joseph P. Day, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Solomon Rich and Benjamin McLean, Copartners, etc., Respondents, v. Thomas Howard, Trading, etc., Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Richmond Assets Collecting Company, Respondent, v. Dellora R. Gates, as Executrix, etc., Appellant, Impleaded with Others, Defendants.— We think that the appellant defending as the sole executrix of the will of her deceased husband and who is without knowledge or information as to the allegations of the complaint, is entitled to the bill of particulars which she demanded. The order is reversed, with ten dollars costs and disbursements, and the motion is granted, plaintiff to have thirty days from the entry of the order on this appeal in which to serve a bill of particulars. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Franceska Schumacher and August F. Brocke, as Executors, etc., Respondents, v. The Brooklyn Heights Railroad Company, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements, on authority of *Havholm* v. *Whale Creek Iron Works* (159 App. Div. 578). Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Franceska Schumacher and August F. Brocke, as Executors, etc., Respondents, v. The Brooklyn Heights Railroad Company, Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Elisa Seviere, as Administratrix, etc., of Leonardo Seviere, Deceased, Respondent, v. The City of New York, Appellant.— Order modified by